THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building  Suite 7516
    300 North Los Angeles  Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla Cerra@usdoj.gov

Attorneys for Defendant Commissioner of Social Security [1]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GLORIA GUTIERREZ, | CV 03-2557E |
| Plaintiff, | |
| v. | JUDGMENT FOR PLAINTIFF |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

///
///
///
///
///

---

[1] **Error! Main Document Only.Error! Main Document Only.** Since the time that the complaint in this case was filed, Michael J. Astrue has become the Commissioner of Social Security.  Because the case is brought against the Commissioner of Social Security in his official capacity no action need be taken to continue this case.  See Fed.R.Civ.P.Proc. 25(d)(1).

-1-

1
2      The Court having approved the stipulation of the parties to reopen this case for
3  the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for
4  Plaintiff.
5
6  DATE: 12/19/07
7
                              /s/                            -
8                        CHARLES EICK
                         United States Magistrate Judge
9

-2-